NO. 28840

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KONA VILLAGE REALTY, INC.; BRENDA TSCHIDA;
AND ROBERT TSCHIDA,
Respondents/Plaintiffs-Appellees

vs.

SUNSTONE REALTY PARTNERS, XIV, LLC;
and SUNSTONE REALTY PARTNERS, IX, LLC,
Petitioners/Defendants-Appellants

and

SUNSTONE REALTY PARTNERS LLC;
SUNSTONE REALTY LLC, CURTIS D. DEWEESE,
an individual; MICHELLE MATUSEK, an individual;
RICK WILSON, an individual,
Respondents/Defendants-Appellees

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-88K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

February 18, 2010 by Petitioners/Defendants-Appellants Sunstone

Realty Partners XIV, LLC and Sunstone Realty Partners, IX, LLC is

accepted.

DATED: Honolulu, Hawai'i, March 30, 2010.

FOR THE COURT:

SIMEON R. ACOBA, JR.
Associate Justice

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, JJ., and Circuit Judge Crandall, in place of Recktenwald, J., recused.

Michael L. Lam and
Margaret E. Parks
(Case Lombardi & Pettit,
a Law Corporation), on the
application, for petitioners/
defendants-appellants.

Francis L. Jung
(Jung & Vassar, P.C.), on the
response, for respondents/
plaintiffs-appellees.

---

No. 28840 - Kona Village Realty, Inc. v. Sunstone Realty Partners, XIV, LLC; Order Accepting Application for Writ of Certiorari